IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                                                           PLAINTIFF

v.                                          NO. 3:15CV00290 JLH/JTR

JOEY MARTIN, Administrator; and
POINSETT COUNTY DETENTION CENTER                                              DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this case is dismissed without prejudice. This action is terminated, and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 21st day of September, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE